**M. P. PIEARSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27603.**

Court of Criminal Appeals of Texas.

May 11, 1955.

No attorney on appeal for appellant.

Henry Wade, Crim. Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder with malice; the punishment, 99 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.